KIRK v. UNITED STATES et al.

(Circuit Court of Appeals, Second Circuit. January 25, 1904.)

No. 128.

1. PRELIMINARY INJUNCTION—RESTRAINING COLLECTION OF EXECUTION.

It is a proper exercise of discretion for a court to enjoin, on bond filed, pendente lite, the collection of an execution against the surety on a criminal recognizance, on a bill alleging facts which, if true, render the execution void.

Appeal from the Circuit Court of the United States for the Northern District of New York.

This cause comes here upon appeal from an order granting injunction against taking further proceedings to enforce or collect an execution until the trial and decision of the action on the merits, upon condition that complainant give a bond for the full amount of the claim against him, viz., $40,000. The bond has been given.

For opinion below, see 124 Fed. 324.

T. L. Arms, for appellants.

A. J. Rose, for appellee.

Before LACOMBE and TOWNSEND, Circuit Judges.

PER CURIAM. We are of the opinion that it was a proper exercise of the court's discretion to preserve the status quo until it shall be determined by proof on the trial whether or not the person named in the recognizance was taken into the custody of the court under such circumstances as to relieve the surety, and whether the order forfeiting and estreating the recognizance was in fact made before the time when such person was ordered to appear.

The order is affirmed.